

**Entered on Docket**
**July 22, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# `UNITED STATES BANKRUPTCY COURT

IN RE_   James Bradley Bailey
         Debtor
        4080 w. Warm Springs rd.
        Las Vegas, NV. 89118

Case NO.  10-20889-LBR

Chapter        7

Date: July 20, 2010
Time: 9:30 a.m.

## ORDER APPROVING MOTION to DISMISS

This **ORDER APPROVING MOTION to DISMISS** the chapter 7 case

number #10-20889-LBR filed by debtor James Bradley Bailey on June 11,

2010 has hereby been approved by the   UNITED STATES BANKRUPTCY

COURT on this day.

(THE CASE IS DISMISED)

Date_____

_____
UNITED STATES BANKRUPTCY JUDGE